**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| JEREMY FABRICIO RODAS-JARA,<br>EVELYN ESMAILY GARCIA-PABLO<br>and<br>DAVID ERNESTO FLORES-REYES,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *in his official capacity as Secretary of Homeland Security*,<br>and<br>JOSEPH B. EDLOW, *in his official capacity as Director of U.S. Citizenship and Immigration Services*,<br><br>Defendants. | Civil Action No. 25-2744-TDC |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 9, is GRANTED IN PART and DENIED IN PART in that the claims of Plaintiff David Ernesto Flores-Reyes are DISMISSED AS MOOT but the Motion is otherwise denied.
2. Plaintiffs' Cross Motion for Summary Judgment, ECF No. 12, is GRANTED as to the claims of Plaintiffs Jeremy Fabricio Rodas-Jara and Evelyn Esmaily Garcia-Pablo in Count 2 of the Complaint.
3. Judgment is entered in favor of Rodas-Jara and Garcia-Pablo on Count 2 of the Complaint.

4. Pursuant to 5 U.S.C. § 706, the January 29, 2024 Decision by United States Citizenship and Immigration Services ("USCIS") to deny Rodas-Jara's special immigrant juvenile ("SIJ") Petition and the June 17, 2024 Decision by USCIS to deny Garcia-Pablo's SIJ Petition are each vacated and set aside as unlawful.
5. The SIJ Petitions of Rodas-Jara and Garcia-Pablo are remanded to USCIS for further proceedings consistent with the accompanying Memorandum Opinion.
6. The Clerk shall close the case.

Date: August 5, 2026

THEODORE D. CHUANG
United States District Judge